THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY

CIVIL ACTION NO. 7:18-CV-00123-D

TAMMY MICHELLE TILGHMAN,  )
Plaintiff,  )
  )
v.  )
  )
CHAD A. WINNER,  )
Defendant.  )
  )
  )

This matter is before the Court on the parties' Joint Motion for Court-Hosted Settlement Conference. Good cause having been shown, the motion is GRANTED and this matter is referred to United States Magistrate Judge Robert B. Jones, Jr. to conduct a Court-Hosted Settlement Conference.

SO ORDERED. This the 8 day of March 2019.

JAMES C. DEVER III
United States District Judge