# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# IN ADMIRALTY

## CIVIL ACTION NO. 7:18-CV-00123-D

| | |
|---|---|
| TAMMY MICHELLE TILGHMAN, <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| CHAD A. WINNER, <br> Defendant. | ) <br> ) <br> ) <br> ) |

This matter is before the Court on the parties' Joint Motion to Stay Scheduling Order Deadlines. Good cause having been shown, the motion is GRANTED and the current Scheduling Order Deadlines are stayed. Should this matter not be resolved at the Court-Hosted Settlement Conference, the parties shall submit new proposed scheduling order deadlines by **May 2, 2019**.

SO ORDERED, this the _15_ day of April 2019.

_____
JAMES C. DEVER III
United States District Judge